UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY T. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIV. NO. 23-00218 LEK-RT |

**ORDER DISMISSING MOTION TO VACATE OR SET ASIDE CONVICTION**

　　　　Before the Court is pro se Petitioner Anthony T. Williams's ("Williams") Motion to Vacate or Set Aside Conviction, filed in the United States District Court for the Central District of California ("California District Court") on April 24, 2023 ("§ 2241 Motion").[1]  [Dkt. no. 1.]  The California District Court subsequently transferred the case to this district court.  See generally Order Transferring Motion to Vacate or Set Aside Sentence, filed 5/18/23 (dkt. no. 6) ("Transfer Order").  For the reasons set forth below, Williams's § 2241 Motion is hereby dismissed as duplicative of another motion pending before this Court.

---

　　　[1] The California District Court Clerk's Office "nominally classified the motion as a habeas petition under 28 U.S.C. § 2241 because it fit under no other apparent case classification."  [Order Transferring Motion to Vacate or Set Aside Sentence, filed 5/18/23 (dkt. no. 6), at 1 n.1.]

**DISCUSSION**

On October 26, 2020, Williams was sentenced, following a jury verdict, to 240 months of imprisonment and three years of supervised release for each of fifteen counts of wire fraud and seventeen counts of mail fraud. See United States v. Anthony T. Williams, CR 17-00101(01) LEK ("CR 17-101"), filed 10/30/20 (dkt. no. 1115), at 1-3. The term of imprisonment for each count was to run concurrently, but it was to run consecutively to Williams's term of imprisonment in Florida Case No. 17-000074CF10A. See id. at 2. Thus, Williams is currently incarcerated at a facility in the State of Florida. See § 2241 Motion at 1 (listing the Graceville Correctional Facility in Graceville, Florida as Williams's address). The instant case was transferred to this district court because the California District Court concluded that, as neither the district of Williams's conviction nor the district of his incarceration, it lacked jurisdiction over the § 2241 Motion. See Transfer Order at 2.

Williams has filed a Motion to Vacate or Set Aside Conviction in CR 17-101, and it was construed as a motion for relief under 28 U.S.C. § 2255. See CR 17-101, Motion to Vacate or Set Aside Conviction, filed 4/25/23 (dkt. no. 1210) ("§ 2255 Motion"); id., Order to Show Cause, filed 4/27/23 (dkt. no. 1212) ("OSC"), at 1. The United States of America was

ordered to file a response.  See CR 17-101, OSC at 1.  This Court has reviewed the arguments in the § 2241 Motion and concludes that they are the same as the arguments that Williams raises in the § 2255 Motion that is pending in CR 17-101.  The § 2241 Motion is therefore dismissed as duplicative of the § 2255 Motion.  The dismissal is with prejudice.  In other words, Williams will not be allowed to file an amended version of the § 2241 Motion in this case.  If Williams believes that any argument in the § 2241 Motion is not presented in the § 2255 Motion, he may file a motion in CR 17-101 seeking leave to amend his § 2255 Motion to include the additional argument(s).

## CONCLUSION

For the foregoing reasons, Williams's Motion to Vacate or Set Aside Conviction, filed April 24, 2023, is HEREBY DISMISSED WITH PREJUDICE.  The Clerk's Office is DIRECTED to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 16, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ANTHONY T. WILLIAMS VS. USA; CV 23-00218 LEK-RT; ORDER DISMISSING MOTION TO VACATE OR SET ASIDE CONVICTION**